IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERICHO BUCHANNON LAMBERT                                                                PLAINTIFF

v.                                  Civil No. 5:23-cv-05088-TLB-CDC

DEPUTY WHITEHEAD, Benton County                                                        DEFENDANTS
Detention Center (BCDC); LIEUTENANT G.
HOBBLEMAN, BCDC; and JAIL
ADMINISTRATOR M. RUTLEDGE, BCDC

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. The case is before the Court on a Plaintiff's failure to obey the Orders of the Court and a Motion to Dismiss (ECF No. 17) filed by Defendants.

### I. DISCUSSION

Plaintiff, Jericho B. Lambert, filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis* (IFP). Plaintiff was incarcerated in the Benton County Detention Center when he filed his Complaint (ECF No. 1).

When he filed the case Plaintiff was specifically advised that if his address changed he was required to immediately notify the Court. (ECF No. 3). If he was transferred to another jail or prison or released, Plaintiff was advised he had thirty (30) days from the date of transfer or release to inform the Court of his new address. *Id.* Plaintiff was again advised of his obligation to inform the Court of any change in his address when his request to proceed IFP was granted. (ECF No. 7). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of

1

Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On September 12, 2023, an Initial Scheduling Order was entered. (ECF No. 15). On September 25, 2023, the envelope containing the Initial Scheduling Order was returned to the Court marked "no longer here—RTS." Plaintiff had until October 25, 2023, to advise the Court of his new address.

On October 26, 2023, Defendants filed a Motion to Dismiss. (ECF No. 17). Defendants ask that the case be dismissed based on Plaintiff's failure to inform the Court of his new address by October 25, 2023.

To date, Plaintiff has not provided a new address or contacted the Court in anyway. In fact, the last things filed by the Plaintiff in this case were his Amended Complaint (ECF No. 5) and application to proceed IFP (ECF No. 6) filed on June 21, 2023.

## II.  CONCLUSION

For these reasons, it is recommended that Defendants' Motion to Dismiss (ECF No. 17) be **GRANTED and this be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.**

**The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of November 2023.

*s/* *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE