IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERICHO BUCHANNON LAMBERT                                                             PLAINTIFF

V.                                       CASE NO. 5:23-CV-5088

DEPUTY WHITEHEAD, Benton County
Detention Center (BCDC);
LIEUTENANT G. HOBBLEMAN, BCDC;
and JAIL ADMINISTRATOR M. RUTLEDGE, BCDC                                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on November 7, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 17) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 27th day of November, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE